

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 10, 2025

**BY ECF**
Hon. Jeannette A. Vargas
United States District Judge
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007

**MEMO ENDORSED**

      Re:    *United States v. Kelvin Toribio*, 25 Cr. 126 (JAV)

Dear Judge Vargas:

      The Government writes respectfully with the defendant's consent to seek an extension of the remaining briefing schedule for the defendant's suppression motion and a brief adjournment of the trial date for reasons relating to the nature of the pending motion.

      This is the Government's first request for an extension or adjournment in this case. On June 25, 2025, the defendant sought and was granted a two-month extension of the motions deadline and trial date in view of both a substitution of counsel within the Federal Defenders and new counsel's trial schedule. (*See* Dkt. 16 at 1). In granting the defendant's first extension request, the Court set deadlines of September 29, 2025 for defense motions, October 14, 2025, for the Government's response, and October 21, 2025, for the defendant's reply. The Court also set a trial date of February 9, 2026. (*See id.* at 2). The defendant's suppression motion was timely filed on September 29, 2025. (Dkts. 17, 18).

      After the Court granted the defendant's first request for an extension and adjournment, the undersigned was informed that a trial for which he is preparing in White Plains was adjourned *sua sponte* from December 8, 2025, to January 26, 2026. The undersigned is also currently preparing for an October 27, 2025, trial before the Honorable Valerie E. Caproni, that may last until November 3.

      The parties have met and conferred, and in view of both counsel's current schedules and the defendant's pretrial release, the Government respectfully requests to extend the briefing schedule so that its response to the defendant's suppression motion would be due by November 10, 2025, and the defendant's reply would be due by November 25, 2025.

      The Court has not yet scheduled a tentative hearing date on the defendant's motion. While the proposed extended briefing schedule would permit the Court to hold such a hearing, if one were to be ordered, with sufficient time before the current February 9, 2026, trial date, the parties respectfully request that the Court consider adjourning the trial date by one month. One reason is

that the undersigned's White Plains trial has been moved to begin on January 26, 2026, and is expected to last up to two weeks. Another reason is that, given the nature of the evidence at issue in the pending suppression motion, the parties believe a trial is unlikely in this case. A one-month adjournment of the trial date would give the Court and the parties time to complete motion practice and prepare any proposed pretrial dispositions.

The defendant consents to both requests. The parties do not currently have an appearance scheduled before the Court, *see* Court's Individual Rules and Practices in Criminal Cases § 3.D, and Speedy Trial Act time has been excluded through February 9, 2026. (Dkt. 16 at 2).

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: /s/ Justin Horton
Justin Horton
Assistant United States Attorney
(212) 637-2276

cc:   Marne L. Lenox, Esq.

The request for an extension of time to respond to the Motion to Suppress Evidence (ECF No. 17) is GRANTED. The Government's opposition papers are due November 10, 2025 and the Defendant's reply papers are due November 25, 2025. Should the Court determine that a hearing with respect to the motion is necessary, such hearing will be held on December 10, 2025, at 10:30 a.m., in Courtroom 14C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. The Clerk of Court is directed to terminate ECF No. 19.

SO ORDERED.

Dated: October 15, 2025

_____
JEANNETTE A. VARGAS
U.S. DISTRICT JUDGE