# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 25, 2025

**BY ECF**
Honorable Jeannette A. Vargas
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:    **United States v. Kelvin Toribio,**
       **25 Cr. 126 (JAV)**

Dear Judge Vargas,

I write, pursuant to this Court's individual rules, seeking leave to file Exhibit A to the defendant's Reply to the Government's Memorandum of Law in Opposition to Kelvin Toribio's Motion to Suppress **under seal**.

Exhibit A is a law enforcement report that the government produced to the defense as "Attorney's Possession Only (APO)" material. Pursuant to the parties' agreement, materials designated as "APO" pose a risk of affecting the privacy or safety of victims or witnesses, or the confidentiality of ongoing investigations. The parties have agreed that APO material should initially be filed under seal absent consent of the Government or Order of the Court. Undersigned counsel has conferred with counsel for the government regarding Exhibit A, and the parties agree that Exhibit A should be filed under seal to protect the privacy of potential witnesses as well as the confidentiality of ongoing investigations.

Sincerely,

Defendant's request is GRANTED. Motion to Seal Exhibit A is granted. The Clerk of Court is directed to terminate ECF 23. SO ORDERED.

Dated: November 25, 2025

*/s/ Joy Chen*

JEANNETTE A. VARGAS
United States District Judge

Joy Chen
Assistant Federal Defender
Attorney for Kelvin Toribio
D: 212-417-8723
C: 917-842-5074

CC: Justin Horton, AUSA