

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 18, 2025

**BY ECF**
Hon. Jeannette A. Vargas
United States District Judge
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007

**MEMO ENDORSED**

    Re:    *United States v. Kelvin Toribio*, 25 Cr. 126 (JAV)

Dear Judge Vargas:

    The Government writes respectfully on behalf of both parties to seek an extension of the deadline for simultaneous post-hearing submissions in connection with the December 10, 2025 suppression hearing in this case. The current deadline—tomorrow, December 19—was set at the parties' suggestion at the close of the evidentiary hearing, but the press of business and the forthcoming holidays and related obligations have caused both parties to need additional time. In view of the amount of time taken up in the next two weeks by holidays and related travel, the parties respectfully request that their simultaneous post-hearing submissions be filed by Friday, January 16, 2026.

    This is the parties' first request for an extension or adjournment of the deadline for post-hearing submissions. The defendant, Mr. Toribio, is not detained. The Court has scheduled a conference for February 4, 2026, and the parties defer to the Court whether to keep or adjourn this appearance date in the event the Court grants the parties' request to extend the deadline for post-hearing submissions.

The Government's request is GRANTED. The deadline for post-hearing submissions is extended to January 16, 2026. The Clerk of Court is directed to terminate ECF No. 32.

Respectfully submitted,

JAY CLAYTON
United States Attorney

**SO ORDERED:**

*Jeannette Vargas*

The Honorable Jeannette A. Vargas
United States District Judge
Dated: December 19, 2025

by: *Justin Horton*
Justin Horton
Assistant United States Attorney
(212) 637-2276

cc:    Marne L. Lenox, Esq.
        Joy Chen, Esq.