UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
         -v-                                                       :          25-CR-126 (JAV)
                                                                   :
KELVIN TORIBIO,                                                    :          ORDER
                                                                   :
                              Defendant.                           :
                                                                   :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

        For the reasons stated on the record during the hearings held on February 4, 2026,

Defendant's motion to suppress evidence, ECF No. 17 is DENIED.

        The Clerk of Court is directed to terminate ECF Nos. 17 and 30.

        SO ORDERED.

Dated:  February 4, 2026                          _____
        New York, New York                              JEANNETTE A. VARGAS
                                                        United States District Judge