

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 1, 2026

**BY ECF**
Hon. Jeannette A. Vargas
United States District Judge
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007

**MEMO ENDORSED**

Re:    *United States v. Kelvin Toribio*, 25 Cr. 126 (JAV)

Dear Judge Vargas:

The Government writes on behalf of both parties to seek an adjournment of the conference currently scheduled for May 7, 2026.  The parties have made substantial progress in discussions about a potential pretrial disposition, and the defendant remains on conditional pretrial release. We understand that the Court is available on June 22, 2026, at 11:00 a.m., and respectfully request that the next conference in this case be scheduled for that time.  The parties will apprise the Court if and when there is agreement on a proposed disposition of the case.

The Government also moves without objection to exclude time under the Speedy Trial Act through June 22, 2026, because the ends of justice so served—permitting the parties to complete negotiations about a potential pretrial disposition—outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7).

The Government's request for an adjournment is GRANTED. The status conference scheduled for May 7, 2026 to adjourned to June 22, 2026 at 11 am. Time is excluded under the  Speedy Trial Act to that date. The Clerk of Court is directed to terminate ECF No. 43.

Respectfully submitted,

JAY CLAYTON
United States Attorney

SO ORDERED.

JEANNETTE A. VARGAS
Dated: May 4, 2026    United States District Judge

by: _____
Justin Horton
Assistant United States Attorney
(212) 637-2276

cc:    Marne L. Lenox, Esq.
Joy Chen, Esq.