

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 25, 2026

**BY ECF**
Hon. Jeannette A. Vargas
United States District Judge
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007


**MEMO ENDORSED**

  **Re:** *United States v. Kelvin Toribio*, **25 Cr. 126 (JAV)**

Dear Judge Vargas:

  The Government writes on behalf of both parties to request that the Court schedule a change-of-plea proceeding on any of the following dates, if convenient for the Court:

- Wednesday, July 8, in the afternoon
- Friday, July 10, after 11:00 a.m.
- Monday, July 13, at any convenient time
- Friday, July 17, at any convenient time

  The Government also moves without objection to exclude time under the Speedy Trial Act through the date that the Court orders for the change-of-plea proceeding, because the ends of justice so served in allowing for a timely pretrial disposition outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7).

Change of Plea Hearing set for July 8, 2026, at 3 pm before Judge Jeannette A. Vargas in Courtroom 11B, 500 Pearl Street, New York, New York 10007. Time is excluded under the Speedy Trial Act until that date.

SO ORDERED.

JEANNETTE A. VARGAS
Dated: June 25, 2026  United States District Judge

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____
Justin Horton
Assistant United States Attorney
(212) 637-2276

cc: Marne L. Lenox, Esq.
   Joy Chen, Esq.