**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 6, 2026

**BY ECF**
Hon. Jeannette A. Vargas
United States District Judge
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007

**MEMO ENDORSED**

**Re: *United States v. Kelvin Toribio*, 25 Cr. 126 (JAV)**

Dear Judge Vargas:

The Government writes with the defendant's consent to move to adjourn the sentencing in this matter from October 23, 2026, to February 24, 2027, at 11:00 a.m. This is the Government's first request for an adjournment of the sentencing proceeding, and it is made in view of the press of business and after consultation with defense counsel and the Court's staff.

The Government's request for adjournment is granted. The sentencing set for October 23, 2026 is adjourned to February 24, 2027 at 11:00 am. Defense submissions are due February 10, 2027; government submissions are due February 17, 2027.

SO ORDERED.

Dated: October 6, 2026

JEANNETTE A. VARGAS
United States District Judge

Respectfully submitted,

JAMES M. McDONALD
United States Attorney

by: ______________________
Justin Horton
Assistant United States Attorney
(212) 637-2276

cc: Marne L. Lenox, Esq.
Joy Chen, Esq.